

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00324-CR

The **STATE** of Texas,
Appellant

v.

John D. **DELOACH**,
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 130556
Honorable Scott Roberts, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we WITHDRAW our opinion and judgment dated November 19, 2014, we REVERSE the county court at law's judgment, and we RENDER judgment reinstating the municipal court's judgment.

SIGNED March 4, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice